IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MOE'S FRANCHISOR LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TAYLOR INVESTMENT PARTNERS, II, LLC; TIP-II – ANSLEY, LLC; AND TIP-II – SUBURBAN, LLC,<br><br>　　　　Defendants. | Case No.: 1:15-cv-03504-MHC |

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

Having considered Defendants Taylor Investment Partners, II, LLC's, TIP-II – Ansley, LLC's, and TIP-II – Suburban, LLC's ("collectively Defendants'") motion for an extension of the deadline within which to move, answer, or otherwise respond to the Complaint, it is ORDERED AND ADJUDGED that Defendants' motion is granted according to the following timeline:

- Defendants will have until February 26, 2016 to sign a letter of intent with a buyer of the franchises-at-issue;

- Upon execution of the letter of intent, Defendants and the buyer of the franchises-at-issue will then have until March 11, 2016 to execute a definitive purchase agreement; and

- Upon execution of the definitive purchase agreement, Defendants and the buyer of the franchises-at-issue will then have until April 1, 2016 to close the sale of the franchises.

Should Defendants fail to meet any one of the above milestones, the extension will terminate immediately, and Defendants must move, answer, or otherwise respond to the Complaint within five calendar days of said termination date (i.e., by March 2, 2016, March 16, 2016, or April 6, 2016, respectively).

DONE AND ORDERED this 22nd day of February, 2016.

_____
The Honorable Mark H. Cohen
United States District Court Judge