IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MOE'S FRANCHISOR LLC**,<br><br>　　Plaintiff,<br><br>　　v.<br><br>**TAYLOR INVESTMENT PARTNERS, II, LLC; TIP-II – ANSLEY, LLC; AND TIP II – SUBURBAN, LLC**,<br><br>　　Defendants. | Case No.: 1:15-cv-03504-MHC |

### DEFENDANTS' MOTION FOR A ONE-MONTH EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants Taylor Investment Partners, II, LLC, TIP-II – Ansley, LLC, and TIP II – Suburban, LLC (collectively "Defendants") hereby request a one-month extension of time to respond to the Complaint.  Specifically, on February 26, 2016, Defendants entered into a letter of intent to sell their two Moe's Southwest Grill restaurants to Sterling Restaurants, LLC ("Sterling").  Beginning on February 27, 2016 Sterling asked Defendants to collect multiple items for its due diligence analysis.  Because some of the requested items included confidential business information, including personal employee information, Defendants requested a non-disclosure agreement prior to production.  Defendants and Sterling negotiated

and executed a non-disclosure agreement on March 23, 2016. On March 25, 2016, Defendants hand-delivered the requested documents, which included 116 Excel Workbooks, Profits and Loss Statements, Sales Tax Certifications, and the like. Since the initial exchange, Sterling has requested additional information and clarification of some of the produced documents; Defendants have collected and produced that additional information.

Sterling and Defendants wish to continue towards closing the sale of Defendants' restaurants. Unfortunately, however, the closing will not occur on April 1, 2016 as hoped. According to this Court's Order [Dkt. No. 20], if Defendants did not close the sale by April 1, 2016 they would have to respond to Plaintiff's Complaint by April 6, 2016.

Because Sterling and Defendants would like to continue towards closing the sale of Defendants' restaurants, Defendants respectfully ask the Court to provide Defendants with additional time to allow Sterling and Defendants to finalize and execute a definitive purchase agreement. Upon execution of the purchase agreement, Plaintiff's declaratory judgment action will be moot.

Accordingly, Defendants respectfully ask that the Court provide Defendants with a one-month extension of time.

On April 1, 2016, Defendants called Plaintiff's counsel and left him a telephone message asking for his position on the foregoing Motion; Defendants have not heard back from Plaintiff's counsel as of the filing of this Motion.

A proposed Order granting this motion is attached hereto.

Dated: April 1, 2016						Respectfully submitted,

*/s/ Katrina M. Quicker*
Katrina M. Quicker
Ga. Bar No. 590859
Jason P. Grier
Ga. Bar No. 869343
BAKER & HOSTETLER LLP
1170 Peachtree Street, NE, Suite 2400
Atlanta, GA 30309-7676
Telephone:  (404) 459-0050
Facsimile:   (404) 459-5734
kquicker@bakerlaw.com
jgrier@bakerlaw.com

*Counsel for Taylor Investment Partners, II, LLC, TIP-II – Ansley, LLC, and TIP II – Suburban, LLC*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify, pursuant to L.R. 5.1C and 7.1D of the Northern District of Georgia, that the foregoing MOTION FOR A ONE-MONTH EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT complies with the font and point selections approved by the Court in L.R. 5.1C.  The foregoing pleading was prepared on a computer using 14-point Times New Roman font.

            */s/ Katrina M. Quicker*
            Katrina M. Quicker
            Ga. Bar No. 590859
            BAKER & HOSTETLER LLP
            1170 Peachtree Street, NE, Suite 2400
            Atlanta, GA 30309-7676
            Telephone:   (404) 459-0050
            Facsimile:   (404) 459-5734
            kquicker@bakerlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 1st day of April 2016, I have electronically filed the foregoing UNOPPOSED MOTION FOR A ONE-MONTH EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

>/s/ *Katrina M. Quicker*
>Katrina M. Quicker
>Ga. Bar No. 590859
>BAKER & HOSTETLER LLP
>1170 Peachtree Street, NE, Suite 2400
>Atlanta, GA 30309-7676
>Telephone:  (404) 459-0050
>Facsimile:   (404) 459-5734
>kquicker@bakerlaw.com

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MOE'S FRANCHISOR LLC**, <br><br>  Plaintiff, <br><br> v. <br><br> **TAYLOR INVESTMENT PARTNERS, II, LLC; TIP-II – ANSLEY, LLC; AND TIP II – SUBURBAN, LLC**, <br><br>  Defendants. | Case No.: 1:15-cv-03504-MHC |

## ORDER GRANTING MOTION FOR A ONE-MONTH EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

Accordingly, it is ORDERED AND ADJUDGED that Defendants Taylor Investment Partners, II, LLC, TIP-II – Ansley, LLC, and TIP II – Suburban, LLC shall have until May 6, 2016 to move, answer, or otherwise respond to Plaintiff Moe's Franchisor LLC's Complaint.

DONE AND ORDERED this _____ day of _____, 2016.

_____
The Honorable Mark H. Cohen
United States District Court Judge