# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MOE'S FRANCHISOR LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>TAYLOR INVESTMENT PARTNERS, II, LLC; TIP-II-ANSLEY, LLC; AND TIP II-SUBURBAN, LLC,<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO. 1:15-cv-3504-MHC |

## J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge, for consideration of defendants' Motion to Dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendants recover their costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 3rd day of November, 2016.

                                                  JAMES N. HATTEN
                                                  CLERK OF COURT

                                      By:  s/Jill Ayers
                                             Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  November 3, 2016
James N. Hatten
Clerk of Court

By:   s/Jill Ayers
        Deputy Clerk